UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        v.                          )        Criminal No. 15-0025 (PLF)
                                    )
CHRISTOPHER FORD, et. al.           )
                                    )
        Defendants.                 )
_____ )

ORDER

For the reasons stated in the accompanying Opinion issued this same day, it is

hereby

ORDERED that Fenwick's motion to compel, Dkt. 103, is DENIED as moot; it is

FURTHER ORDERED that Grant's motion to compel is DENIED; it is

FURTHER ORDERED that Hager's motion to compel is DENIED; it is

FURTHER ORDERED that Sanders's motion to compel is DENIED; it is

FURTHER ORDERED that Grant's motion to exclude cooperating witness

testimony, Dkt. 117, is DENIED; it is

FURTHER ORDERED that Grant's motion for a reliability hearing, Dkt. 122, is

DENIED; it is

FURTHER ORDERED that Ford's motion to exclude cooperating witness

testimony and request for a reliability hearing is DENIED; it is

FURTHER ORDERED that Fenwick's motion to exclude cooperating witness

testimony and request for a reliability hearing is DENIED as moot; it is

FURTHER ORDERED that Hager's motion to exclude cooperating witness testimony and request for a reliability hearing is DENIED; it is

FURTHER ORDERED that Leach's motion to exclude cooperating witness testimony and request for a reliability hearing is DENIED; it is

FURTHER ORDERED that Ford's motion to compel, Dkt. 119, is DENIED; it is

FURTHER ORDERED that Grant's motion to compel is DENIED; it is

FURTHER ORDERED that Hager's motion to compel is DENIED; it is

FURTHER ORDERED that Sanders's motion to compel is DENIED; and it is

FURTHER ORDERED that Leach's motion to compel is DENIED.

SO ORDERED.

/s/
_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  February 4, 2016